EXHIBIT
A

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA IN AND FOR PINELLAS COUNTY
CIVIL DIVISION

JAMES GATES,

    Plaintiff,

vs.

TARGET COPORATION,

    Defendant,
_____/

CASE NO.:

DIVISION:

## COMPLAINT

COMES NOW, the Plaintiff, JAMES GATES, by and through his undersigned counsel, and sues the Defendant, TARGET COPORATION, and shows unto this Honorable Court as follows:

1. This is a claim for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and fees.

2. That on April 26, 2016, Defendant, TARGET COPORATION, was the owner and in possession of a store located at 7150 US 19 N, Pinellas Park, FL 33781, Pinellas County, Florida.

3. At all times material hereto, Defendant, TARGET COPORATION, invited members of the public onto the store premises for the purchase of items sold by the Defendant for a profit.

4. That on April 26, 2016, Plaintiff, JAMES GATES, as a member of the public, entered the property as a business invitee.

5. At all times material hereto, the Defendant, TARGET COPORATION, negligently allowed a dangerous condition to remain on their premises. The dangerous condition existed on the Defendant, TARGET COPORATION, premises for a sufficient period of time so that the Defendant, TARGET COPORATION, by and through its agents, knew or should have known of the dangerous condition.

6. At no time material hereto did the Defendant, TARGET COPORATION, remove, repair, or remediate the known dangerous condition.

7. At no time material hereto did the Defendant, TARGET COPORATION, warn or notify the Plaintiff, JAMES GATES, of the known dangerous condition.

8. That the Defendant, TARGET COPORATION, had a duty, by and through its agents to keep its business premises in a reasonably safe condition for the protection of all members of the public. The Defendant, TARGET COPORATION's, failure to use reasonable care caused the Plaintiff, JAMES GATES, to slip and fall.

9. As a result of said negligence, the Plaintiff, JAMES GATES, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical, nursing, and hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money

and aggravation of a previously existing injury. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, JAMES GATES, sues the Defendant, TARGET COPORATION, and claim damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), together with costs and respectfully demands a trial by jury.

Dated this 28th day of July, 2016.

_____
WILLIAM H. WINTERS, ESQUIRE
WINTERS & YONKER, P.A.
Post Office Box 3342
Tampa, Florida 33601
(813) 223-6200
(813) 223-6900 fax
Florida Bar#: **437263**
Attorney for Plaintiff